```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 05 B 16436
   RALPH N TORREZ
                                                  CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA

      Debtor
   SSN XXX-XX-6435


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/26/05 and confirmed on 08/11/05.

     2.  The case was dismissed after confirmation, 05/08/2008.

     3.  The Debtor paid a total of $  19066.09 .

     4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
----------------------------------------------------------------------------
GMAC PAYMENT CENTER        SECURED           20125.00      3541.43     12333.24
HARLEY DAVIDSON CREDIT     UNSECURED          5316.10          .00          .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED          .00          .00
BECKET & LEE LLP           UNSECURED          4345.02          .00          .00
DISCOVER BANK              UNSECURED        NOT FILED          .00          .00
DISCOVER FINANCIAL SERVI   UNSECURED          1371.06          .00          .00
HOME DEPOT CREDIT SERVIC   SPECIAL CLASS      1250.00          .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED           394.05          .00          .00
RADIO SHACK CORP           UNSECURED        NOT FILED          .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED         12522.31          .00          .00
CITIMORTGAGE INC           CURRENT MORTG          .00          .00          .00
GMAC PAYMENT CENTER        UNSECURED          7533.17          .00          .00
         Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  20125.00         .00     32731.71        .00      52856.71
PRINCIPAL PAID      12333.24         .00          .00        .00      12333.24
INTEREST PAID        3541.43         .00          .00        .00       3541.43
TOTAL PAID          15874.67         .00          .00        .00      15874.67
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2200.00
and was paid $    115.00  direct and $   2085.00  through the plan.

The Trustee received $     794.64 .

Refunds to the Debtor totaled $     311.78 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 08/19/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
        CASE NO. 05 B 16436 RALPH N TORREZ
```